**No. 59198.**—Robinson Distributing Co. and Hoyt, Shepston & Sciaroni *v.* United States, protest 231770–K (San Francisco).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiffs was sustained.